**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1845**

———————

SONYA MCINTYRE-HANDY,

                              Plaintiff - Appellant,

        versus

WEST TELEMARKETING CORPORATION,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca B. Smith, District Judge.  (CA-99-100-4)

———————

Submitted:  December 14, 2000      Decided:  December 19, 2000

———————

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Sonya McIntyre-Handy, Appellant Pro Se.  Scott William Kezman, KAUFMAN & CANOLES, Norfolk, Virginia; Phyllis Pollard, SCOTT, DOUGLASS & MCCONNICO, L.L.P., Austin, Texas, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Sonya McIntyre-Handy appeals the district court's order granting summary judgment to the employer in Appellant's religious discrimination action.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See McIntyre-Handy v. West Telemarketing, No. CA-99-100-4 (E.D. Va. May 22, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2